**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 75 WAL 2022

           Respondent                 :

                                      :    Petition for Allowance of Appeal

                                      :    from the Order of the Superior Court

          v.                            :

                                        :

TYLER BRENT KERN,                  :

                                        :

           Petitioner                :

## ORDER

**PER CURIAM**

      **AND NOW**, this 26th day of July, 2022, the Petition for Allowance of Appeal is **DENIED**.